# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL OLVERA,<br><br>        Petitioner,<br><br>    v.<br><br>RICHARD KIRKLAND, Warden,<br><br>        Respondent. | CASE NO. CV 07-05168 DDP (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

\\

\\

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2  the Judgment herein on Petitioner.

4     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6  DATED: 4-9-08

                                    _____
                                    DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE