FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL OLVERA,<br><br>   Petitioner,<br><br>   v.<br><br>RICHARD KIRKLAND, Warden,<br><br>   Respondent. | CASE NO. CV 07-05168 DDP (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4-9-08

/s/ Dean D. Pregerson
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE